THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Sonya Fordham
 and William Fordham, Appellants,
 
 
 
 
 

v.

 
 
 
 
 Luzena King, an
 incapacitated person, her next of kin, George Fordham, and Elisabeth Spencer
 of City of Charleston Elder Supportline, Respondents.
 
 
 
 
 

Appeal From Charleston County
Kristi Harrington, Probate Court Judge

Unpublished Opinion No.  2010-UP-561  
 Submitted October 1, 2010  Filed December
23, 2010

AFFIRMED

 
 
 
 Anthony B. O'Neill, Sr., of Charleston,
 for Appellants.
 Charles Mac Gibson, of Charleston, for
 Respondents.
 
 
 

PER CURIAM: Sonya
 and William Fordham appeal the probate court's award of attorney's fees and
 costs to the attorney for the City of Charleston Police Department's Elder
 Supportline.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authority: In re
 Timmerman, 331 S.C. 455, 460, 502
 S.E.2d 920, 922 (Ct. App. 1998) ("When a party receives an order that
 grants certain relief not previously contemplated or presented to the trial
 court, the aggrieved party must move, pursuant to [Rule 59(e), SCRCP], to alter
 or amend the judgment in order to preserve the issue for appeal.").    
AFFIRMED.
Short, Thomas,
 and Lockemy JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.